IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-cr-00031-H

UNITED STATES OF AMERICA    :
                            :
        v.                  :
                            :
RICKY JAY BALL              :

**ORDER OF FORFEITURE**

1. WHEREAS, pursuant to the entry of a plea of guilty by the defendant, RICKY JAY BALL, on September 11, 2017 to violations of 18 U.S.C. §§ 922(g)(1) and 924, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit, Springfield Armory, 9mm semi-automatic handgun, bearing Serial Number S3806686, 2 XDS 9mm magazines, and any and all accompanying ammunition;

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3); It is hereby ORDERED,

ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant RICKY JAY BALL, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including

destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 5 day of Dec , 2017.

_____
MALCOLM J. HOWARD
United States District Judge