UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-cr-00031-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : ORDER |
| RICKY JAY BALL | : |

It appearing to the Court that during the investigation of the above-captioned case, the Pitt County Sheriff's, North Carolina, seized certain firearms and ammunition and held such items for use as possible evidence during any trial in this matter, said firearms described as follows:

Springfield Armory, 9mm semi-automatic handgun, bearing Serial Number S3806686, along with 2 XDS 9mm magazines, and accompanying ammunition.

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described firearm and ammunition be disposed of, or sold by the Pitt County Sheriff's Office, in accordance with their regulations and standard policy.

This the 6th day of March, 2018.

MALCOLM J. HOWARD
United States District Court Judge