```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                        EASTERN DIVISION
                       NO. 4:17-CR-31-1H
```

UNITED STATES OF AMERICA,  )
                                        )
    v.                               )
                                        )          **ORDER**
RICKY BALL,                   )
    Defendant.             )

This matter is before the court on defendant's letter, which this court construes as a motion for release from custody due to concerns regarding COVID-19 in the Bureau of Prisons. Inasmuch as defendant attempts to move for release under 18 U.S.C. § 3624(c)(2) as amended by 12003(b)(2) of the CARES Act, release under this statute is determined by appropriate Bureau of Prisons' officials. Therefore, the court has no authority to alter defendant's sentence under 18 U.S.C. § 3624(c)(2). Defendant has shown no other legal basis for a reduction in his sentence. Therefore, the motion [DE #295] is DENIED.

    This 23rd day of April 2020.

                                                                    _____
                                                                    Malcolm J. Howard
                                                                    Senior United States District Judge

At Greenville, NC
#26