IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-31-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICKY JAY BALL, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion to Seal Exhibit 1 – Defendant's Medical Records [D.E. 65] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 64] For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 1 – Defendant's Medical Records [D.E. 65].

SO ORDERED this 15 day of May, 2022.

JAMES C. DEVER III
United States District Court Judge